**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00280-CV**
_____

**IN RE SILURIA**
**(ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC**

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 21-03-03166-CV**

**ORDER**

In Re Siluria (assignment for the benefit of creditors), LLC, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in an interpleader action filed in Trial Cause Number 21-03-03166-CV, styled *Stibbs & Co., PC v. Lummus Technology LLC and Siluria (Assignment for the Benefit of Creditors), LLC*. Relator seeks a writ compelling the Honorable Kristin Bays, Judge of the 284th District Court of Montgomery County, Texas, to vacate an order denying a motion to quash a jury demand and grant the motion to quash. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that the jury trial in the trial court be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all the jury trial in Trial Cause Number 21-03-03166 is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the Real Party in Interest, Lummus Technology LLC, is due September 12, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 31, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.